NUMBER 13-11-00550-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT
OF TEXAS

 

CORPUS CHRISTI - EDINBURG

                                                        
             

 

IN RE BRIAN HOWELL

            
                                                         

 

On Petition for Writ
of Mandamus.

                                            
                         

 

MEMORANDUM OPINION

 

Before Chief Justice
Valdez and Justices Rodriguez and Garza

Memorandum Opinion Per
Curiam[1]

 

Relator,
Brian Howell, has filed what appears to be a petition for writ of mandamus alleging
that the Honorable Jose Longoria, presiding judge of the 214th Judicial
District Court of Nueces County, Texas, abused his discretion by failing to
rule on a motion filed by relator.

Having reviewed and fully considered
relator’s petition, this Court is of the opinion that relator has not shown himself
entitled to the relief requested and that the petition should be denied.  See
Tex. R. App. P. 52.8(a).  Accordingly,
relator’s petition for writ of mandamus is DENIED.

 

                                                                                                PER
CURIAM

 

Do
Not Publish. 

Tex. R. App. P. 47.2(b).

Delivered
and filed the

26th
day of August, 2011.









[1] See Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions), 52.8(d) (“When denying relief, the court may hand down an opinion
but is not required to do so.”).